Albert E. Isoz, appellee, v. Motorway Freight Terminal Company, appellant. Gen. No. 8,984.

650 

 Opinion
filed January 17, 1936. Rehearing denied April 6, 1936.
Frank E. Maynard, for appellant. Miller & Thomas, for appellee;
Charles A. Thomas, of counsel.
Mr. Justice Wolfe delivered the opinion of the court.